## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DIANETTE HIGHT,

Case No. HG 09-00779
Chapter 13

      Debtor.

_____/

## ORDER RE: STATE OF MICHIGAN'S AUGUST 13, 2009 OBJECTION - CLAIM NO. 23

At a session of said Court of Bankruptcy, held in and for said district on _____ MAR 2 4 2010 _____.

PRESENT:     HONORABLE JEFFREY R. HUGHES
                United States Bankruptcy Judge


On August 13, 2009, the State of Michigan, Department of Treasury filed a document entitled "State of Michigan, Department Of Treasury's Objection To The Section 1305 Claim Filed In This Matter On Its Behalf" (DN 50).

For the reasons stated in the court's opinion filed concurrently with this order, the State's objection is overruled.

                                           3/24/10

                            Hon. Jeffrey R. Hughes
                            United States Bankruptcy Judge


A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Benjamin M. White, Esq.
Heather M.S. Durian, Esq.
Mary K. Viegelahn, Ch. 13 Trustee